Form:ntc7clwd

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 16–48084–wsd
Chapter: 7

In Re: (NAME OF DEBTOR(S))
    Cassandra Clark
    fka Cassandra Clark–Brewer
    18934 Indiana
    Detroit, MI 48221

Social Security No.:
    xxx–xx–0415

Employer's Tax I.D. No.:

## NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above–captioned case has been closed without entry of discharge as Debtor(s) did not file Official Form 423, Certification About a Financial Management Course.

Dated: 9/7/16

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court